**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | September 9, 2013 | Probation: | Justine Kozak |
| Courtroom Deputy: | Kathleen Finney | Interpreter: | N/A |
| E.C.R./Reporter: | Tracy Weir | | |

Criminal Case No:  **11-cr-00431-WYD**          Counsel:

UNITED STATES OF AMERICA,                       Kurt J. Bohn

       Plaintiff,

v.

**1.  QUINCY DUPREE DRAKE, a/k/a**              Robert W. Pepin
**Quincy Dupre Drake**,

       Defendant.

## SENTENCING

**3:18 p.m.**       Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - April 17, 2013, at 11:00 a.m.**
> **Plea of Guilty - Count One of Indictment.**

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

3:19 p.m.       Statement on behalf of Government (Mr. Bohn).

3:21 p.m.       Statement on behalf of Defendant (Mr. Pepin).

3:23 p.m.       Statement by Defendant on his own behalf (Mr. Drake).

       Court makes findings.

**ORDERED:**   Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [ECF Doc. No. 63], filed August 1, 2013, is **GRANTED.**

**ORDERED:**   Defendant's Motion for Downward Departure and/or Variant Sentence [ECF Doc. No. 57], filed June 24, 2013, is **GRANTED.**

**ORDERED:**   Defendant be **imprisoned** for **eighty-four (84)** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant in the least restrictive facility within the State of Arizona, but in close proximity to either Phoenix or Tucson.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three (3)** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   Defendant shall not unlawfully possess a controlled substance.

(X)   The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**     **Special Condition(s)** of **Supervised Release** are:

(X)     The defendant shall undergo a substance abuse evaluation if deemed appropriate. He shall participate and successfully complete a program of testing and/or treatment of substance abuse as approved by his probation officer until such time as the defendant is released from the program by his probation officer. The defendant shall abstain from the use of alcohol and other intoxicants during the course of treatment and pay the costs of treatment as directed by the probation officer.

(X)     The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

(X)     The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

(X)     The defendant shall submit his or her person, property, house, residence, papers, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**ORDERED:**     Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**     **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**     Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**     Defendant is **REMANDED** to the custody of the U.S. Marshal.

**3:46 p.m.**     Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   0:28**